BIRKFIELD REALTY CO., PLAINTIFF-PETITIONER, v. BOARD OF COMMISSIONERS OF THE CITY OF ORANGE, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 12 *N. J. Super.* 192.

*Messrs. Milton M. and Adrian M. Unger* for the petitioner.

*Mr. Edmond J. Dwyer* for the respondent.

June 29, 1951. Denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED CODICIL OF MARY V. STROMING, DECEASED.

See same case below: 12 *N. J. Super.* 217.

*Messrs. Heller & Laiks* for the petitioner.

*Messrs. Collester & Johnson* for the respondent.

June 29, 1951. Denied.